THE PEOPLE OF THE STATE OF NEW YORK ex rel. JIMMIE LEE PAUL, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion to prosecute appeal as poor person, and for other relief, denied.

(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE PERRY, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY VOLPE et al., Appellants.— [In each appeal] Motion granted and appeal dismissed.

(A) In the Matter of P & C FOOD MARKETS, INC., Respondent, v. F. EDWARD FOX, as Health Officer of the City of Fulton, Appellant. (B) UNITED OIL MFG. CO., Respondent, v. SAMUEL SIEGEL et al., Doing Business as EASTERN TIRE CO., Appellants.— [In each appeal] Appeal dismissed unless records and appellant's briefs are filed and served on or before November 2, 1960. Respondent must file brief on or before November 17, 1960 if appeal is to be argued at November 1960 Term.

RAYMOND H. SHARP, Respondent, v. CITY OF HORNELL et al., Appellants.— Appeal dismissed unless records and appellant's briefs are filed and served on or before November 10, 1960. Respondent must file brief on or before November 17, 1960 if appeal is to be argued at November 1960 Term.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY RICCO and CHARLES INDIVIGLIA, Appellants, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to reargue motion denied April 7, 1960 denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ROBINSON, Appellant.— Motion granted to extent that appeal may be prosecuted on original papers, five typewritten copies of brief, Bernard Sax, Esq., assigned as counsel, and time for argument of appeal enlarged to include November 1960 Term, and otherwise motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS STEVENSON, Appellant.— Respondent's application for permission to file and serve typewritten briefs denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOLORES GOODWIN, Appellant.— Motion granted, order dismissing appeal vacated, and case added to calendar of November 1960 Term; respondent directed to file brief on or before November 17, 1960.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM P. MELSKI, Appellant.— Motion granted and time for argument of appeal enlarged to include January 1961 Term, on condition appellant's brief is filed and served on or before December 10, 1960; respondent directed to file brief on or before December 21, 1960.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES OVERBY, Appellant.— Motion granted and time for argument of appeal enlarged to include November 1960 Term on condition respondent's brief is filed on or before November 10, 1960.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN VETTER, Appellant.— Application for final order of dismissal denied, and case added to November 1960 Term for argument; respondent directed to file brief on or before November 17, 1960.

CLIFFORD MINER, Appellant, v. GEORGE SHERMAN, Respondent.— Motion granted, order entered September 15, 1960, dismissing appeal, vacated, on condition appellant's briefs are filed and served on or before November 1, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term.